UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re:                                                    Case No. 13-11228-JDL
    MILEN BRANDON DARBY SR
    GINA MICHELLE DARBY
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

John Hardeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/22/2013.

2) The plan was confirmed on 09/27/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/09/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/27/2015.

5) The case was dismissed on 03/04/2015.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order: $131,617.15.

9) Total value of assets exempted: $117,080.85.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,830.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$12,830.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $431.25 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,231.25** |
| Attorney fees paid and disclosed by debtor: | $700.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAFES/MIL STAR/EXCHANGE | Unsecured | 7,325.00 | 7,378.28 | 7,378.28 | 0.00 | 0.00 |
| ADVANCE AMERICA CASH ADVANC | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE LOAN | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,821.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 7,102.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 6,356.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 5,597.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 5,597.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 3,053.00 | NA | NA | 0.00 | 0.00 |
| COLORADO STUDENT LN PR | Unsecured | 1,179.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | 1,332.00 | 1,332.94 | 1,332.94 | 0.00 | 0.00 |
| CREDIT FIRST | Unsecured | NA | 503.94 | 503.94 | 0.00 | 0.00 |
| DELL FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DESIGN GRAPHICS | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| FORD CREDIT BANKRUPTCY CENTE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Secured | 24,596.00 | 24,683.27 | 24,683.27 | 2,105.45 | 1,686.31 |
| FORD MOTOR CREDIT COMPANY | Unsecured | 0.00 | 8,771.46 | 8,771.46 | 0.00 | 0.00 |
| GEMB/WALMART DISCOVER | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CONNECTIONS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUARDIAN SECURITY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 2,821.54 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JARED ANDERSON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LANDMARK ASSET RECEIVABLES M | Secured | 8,449.00 | 8,449.06 | 8,449.06 | 0.00 | 0.00 |
| LEADING EDGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LOAN MART | Unsecured | 1,130.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/51 | Unsecured | 5.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 12,732.00 | 29,451.22 | 29,451.22 | 0.00 | 0.00 |
| NELNET | Unsecured | 9,544.00 | 16,469.32 | 16,469.32 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NELNET | Unsecured | 8,879.00 | 66,967.32 | 66,967.32 | 0.00 | 0.00 |
| NELNET | Unsecured | 8,593.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 8,593.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 7,276.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 7,141.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 6,876.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 6,581.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,314.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,296.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,296.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 4,296.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| NELNET | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| NELNET/OCAP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OKLAHOMA STUDENT LOAN AUTHO | Unsecured | 5,588.00 | NA | NA | 0.00 | 0.00 |
| OKLAHOMA STUDENT LOAN AUTHO | Unsecured | 5,588.00 | NA | NA | 0.00 | 0.00 |
| OKLAHOMA STUDENT LOAN AUTHO | Unsecured | 3,382.00 | NA | NA | 0.00 | 0.00 |
| OKLAHOMA STUDENT LOAN AUTHO | Unsecured | 3,168.00 | NA | NA | 0.00 | 0.00 |
| OKLAHOMA STUDENT LOAN AUTHO | Unsecured | 3,138.00 | NA | NA | 0.00 | 0.00 |
| OSLA | Unsecured | 9,285.00 | 43,520.53 | 43,520.53 | 0.00 | 0.00 |
| OSLA/OCAP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| OU MEDICAL CENTER | Unsecured | 123.00 | 126.56 | 126.56 | 0.00 | 0.00 |
| PLAY IT AGAIN SPORTS | Unsecured | 14,172.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 1,767.00 | 1,767.00 | 1,767.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 743.35 | 827.22 | 827.22 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 834.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ROBERT HAUGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,448.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,936.00 | 3,896.21 | 3,896.21 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 6,627.00 | 7,995.49 | 7,995.49 | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 2,000.00 | 1,931.67 | 1,931.67 | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | 31,684.00 | 31,790.03 | 31,790.03 | 0.00 | 0.00 |
| SALLIE MAE INC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SAMS CLUB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TD BANK USA NA | Unsecured | 6,210.00 | 6,210.26 | 6,210.26 | 0.00 | 0.00 |
| THRIFT SAVINGS PLAN | Secured | 320.85 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 7,381.00 | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 16,214.00 | 16,214.31 | 16,214.31 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 9,398.00 | 9,398.54 | 9,398.54 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 9,376.00 | 9,376.83 | 9,376.83 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 7,339.00 | 7,339.18 | 7,339.18 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 5,276.00 | 5,276.31 | 5,276.31 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | 601.00 | 601.80 | 601.80 | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| USAA FEDERAL SAVINGS BANK | Secured | 29,529.00 | 29,529.25 | 29,529.25 | 4,721.23 | 1,085.76 |
| USAA FEDERAL SAVINGS BANK | Secured | 11,517.00 | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WEISFIELD JEWELERS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 90,000.00 | 79,956.77 | 79,956.77 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 9,000.00 | 8,455.09 | 8,455.09 | 0.00 | 0.00 |
| WFNNB | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| YOUNG ACHIEVERS CHRISTIAN ACA | Unsecured | 7,677.50 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $88,405.83 | $0.00 | $0.00 |
| Mortgage Arrearage | $8,455.09 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $54,212.52 | $6,826.68 | $2,772.07 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$151,073.44** | **$6,826.68** | **$2,772.07** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$277,146.42** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,231.25 |
| Disbursements to Creditors | $9,598.75 |
| **TOTAL DISBURSEMENTS :** | **$12,830.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/13/2015        By: /s/ John Hardeman
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**